# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

159196

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

MICHAEL ZARAN-IKIEL GARRETT,
  Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159196
COA: 338311
Macomb CC: 2016-000810-FC

   On order of the Court, the application for leave to appeal the January 3, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a1021

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



         Clerk